1    QUIN DENVIR, Bar #49374
     Federal Defender

2

3    JEFFREY L. STANIELS, Bar #91413
     Assistant Federal Defender

4    Designated Counsel for Service
     801 I Street, 3rd Floor

5    Sacramento, California 95814
     Telephone: (916) 498-5700

6

7    Attorney for Defendant
     LUIS RADILLO

8

9

10                 IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13    UNITED STATES OF AMERICA,      )    No. 2:05-cr-076 MCE
                                    )

14                Plaintiff,       )
                                    )    STIPULATION AND ORDER

15        v.                     )    CONTINUING CASE AND EXCLUDING
                                    )    TIME

16    LUIS RADILLO,               )
                                    )    Judge:       Hon. Morrison C. England

17               Defendant.     )
                                    )

18    _____ )

19          **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney

20    Samuel Wong, counsel for plaintiff United States of America, and Assistant Federal Defender

21    Jeffrey L. Staniels, counsel for defendant LUIS RADILLO, as follows:

22          This case was previously set for status conference on April 12, 2005.  The matter

23    was dropped from calendar at the request of the defense subject to the submission of a stipulation

24    of counsel resetting the case and excluding time under the Speedy Trial Act.   The continuance

25    beyond April 12, 2005, was requested by the defense based on information received from the

26    government both in the form of discovery, to wit: a redacted version of a previously sealed portion

27    of the search warrant affidavit, and of an oral suggestion about the possible terms of resolving the

28    case.  This further information was conveyed to Mr. Radillo shortly before April 12, 2005, and he

1   advised counsel that he needed to consider the information before being able to respond to it.  In

2   addition, based on information received concerning Mr. Radillo's alleged criminal history, he

3   could be exposed to an enhanced term of imprisonment.

4        Defense counsel and Mr. Radillo desire additional time until May 17, 2005, to investigate

5   and discuss the redacted, previously sealed portion of the search warrant and to investigate and

6   discuss  Mr. Radillo's criminal history, including whether any prior convictions would give rise to

7   sentencing enhancements in this case.  Such preparation is needed in order to properly evaluate the

8   prosecution's suggestion about possible terms of resolving this case.

9        **ACCORDINGLY, IT IS FURTHER STIPULATED** that the time from April 12,

10   2005, until May 17, 2005, be excluded from computation of time within which the trial of this

11   matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18

12   U.S.C. § 3161(h)(8)(A) & (B)(iv) and  Local Code T-4, and that a status conference be held on

13   May 17, 2005, at 8:30 a.m.

14        The court is advised that counsel have conferred on this matter and that Mr. Wong

15   has authorized Mr. Staniels to sign this stipulation on his behalf.  The court is also advised that

16   Mr. Staniels has consulted with his client, and that Mr. Radillo consents to the continuance, and to

17   the exclusion of time.

18        **IT IS SO STIPULATED.**

19   Date: April 29, 2005                    /S/ Samuel Wong by jls per auth
                                             McGregor W. Scott
20                                           United States Attorney

21                                           By:   Samuel Wong
                                             Assistant United States Attorney
22                                           Counsel for Plaintiff

23

     Date: April 29, 2005                    /S/ Jeffrey L. Staniels
24                                           Jeffrey L. Staniels
                                             Assistant Federal Defender
25                                           Attorney for Defendant
                                             LUIS RADILLO
26

27   ///

28   ///

                                             2

# O R D E R

Based on the above stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

Time is excluded from computation of time within which the trial of this matter must be commenced from April 12, 2005 to, and including May 17, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.  The Court shall hold a status conference in this case on May 17, 2005, at 8:30 a.m..

**IT IS SO ORDERED.**

By the Court,

Date: May 2, 2005

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE