DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.:  CR S 05-076 MCE |
|---|---|
| Plaintiff, | ) STIPULATION FOR SUBSTITUTION OF ATTORNEY; ORDER |
| vs. | ) |
| LUIS ALBERTO RADILLO, | ) |
| Defendant | ) |

TO:  THE JUDGE OF THE ABOVE ENTITLED COURT, TO ASSISTANT UNITED STATES ATTORNEY SAMUEL WONG, AND TO FEDERAL DEFENDER JEFF STANISH:

The Defendant, Luis Alberto Radillo, by and through his present attorney, DANNY D. BRACE, JR., request permission from this court to allow his retained attorney, DANNY D.

///

///

///

///

///

1

BRACE, JR., to replace the Office of the Federal Defender as his attorney of record in the above case, now set hearing on June 14, 2005 at 8:30 a.m.

Respectfully submitted,

Date: _____                                    By: _____/s/_____.
                                                         DANNY D. BRACE, JR.,
                                                         Attorney for Defendant

I request the above substitution

_____/s/_____
LUIS ALBERTO RADILLO

I accept the above substitution

_____/s/_____
DANNY D. BRACE, JR.
Attorney at Law

I agree to the above substitution

_____/s/_____
JEFF STANIELS
Office of the Federal Defender

**IT IS SO ORDERED:**

Dated June 7, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE