DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR. S 05-0076 MCE |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND EXCLUDE TIME |
| vs. | |
| LUIS ALBERTO RADILLO, | |
| Defendant. | |

The parties agree that time beginning July 26, 2005 and extending through August 16, 2005, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel.  18 USC 3161(h)(8)(B)(iv).  In particular, counsel for defendant needs more time to discuss the Indictment and charges with defendant.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  19 USC 3161(h)(8)(A).

///

1

1  The parties further request that the matter be taken off the July 26, 2005 calendar and be
2  rescheduled to August 16, 2005, at 8:30 a.m.

3
4
5                              Respectfully Submitted
6
7  Dated this 25th day of July, 2005

                                        By:/s/ Danny D. Brace, Jr.
8                                          DANNY D. BRACE, JR.,
9
                                        By:  /s/ Samuel Wong
10                                          SAMUEL WONG
11

12  IT IS SO ORDERED:

13  DATED: July 29, 2005

14                                       _____
                                         MORRISON C. ENGLAND, JR
15                                       UNITED STATES DISTRICT JUDGE

16
17
18
19
20
21
22
23
24
25