DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>LUIS ALBERTO RADILLO,<br><br>                    Defendant. | Case No.: CR. S 05-0076 MCE<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND EXCLUDE TIME |

The parties agree that time beginning August 16, 2005 and extending through September 6, 2005, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel.  18 USC 3161(h)(8)(B)(iv).  In particular, counsel for defendant needs more time to prepare, and further discussions with the defendant are necessary.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  19 USC 3161(h)(8)(A).

1   The parties further request that the matter be taken off the August 16, 2005 calendar and
2   be rescheduled to September 6, 2005, at 8:30 a.m.

Respectfully Submitted

Dated this 15th day of August, 2005

                                                 By:/s/ Danny D. Brace, Jr.
                                                    DANNY D. BRACE, JR.,

                                                 By:   /s/ Samuel Wong
                                                    SAMUEL WONG

IT IS SO ORDERED:

DATED: August 22, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE