DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>LUIS ALBERTO RADILLO,<br><br>       Defendant | Case No.: CR S 05-0076 MCE<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND EXCLUDE TIME |

  The parties stipulate and agree that the presently set September 27, 2005, status conference should be continued to October 11, 2005, at 8:30 a.m.

  The parties further stipulate and agree that time beginning September 27, 2005 and extending through and including October 11, 2005, should be excluded from the computation of time within which the trial of this case must be commenced under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel. 18 U.S.C. Section 3161(h)(8)(B)(iv); Local Code T4. In particular, counsel for defendant needs more time to investigate the ramifications to defendant of a proposal to resolve

1

this case before trial, and further explain those ramifications and defendant's options to defendant. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. Section 3161(h)(8)(A).

                                        Respectfully Submitted

Dated this 22nd day of September, 2005

                                        By: /s/ Danny D. Brace, Jr.
                                                DANNY D. BRACE, JR.,

                                        By: /s/ Samuel Wong
                                                SAMUEL WONG

                                              ORDER

    Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.

    IT IS SO ORDERED.

Dated:  September 30, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE