```
1  McGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>     Plaintiff,             )<br>                             )<br>          v.                )<br>                             )<br>LUIS ALBERTO RADILLO,        )<br>                             )<br>     Defendant.              )<br>_____) | CR S 05-0076 MCE<br><br>STIPULATION AND ORDER TO CONTINUE<br>STATUS CONFERENCE |

The parties stipulate and request that the presently set November 1, 2005, status conference be continued to November 8, 2005, at 8:30 a.m. to allow the parties additional necessary time to effectuate a plea agreement.

Dated:  October 31, 2005         McGREGOR W. SCOTT
                                 United States Attorney


                                 By: /s/Samuel Wong
                                    SAMUEL WONG


Dated:  October 31, 2005         /s/Danny D. Brace, Jr.
                                 DANNY D. BRACE, JR.
                                 Counsel for Luis Alberto Radillo

///

///

1

```
 1                              ORDER
 2       Based on the stipulation of the parties and good cause
 3  appearing therefrom, the Court hereby adopts the stipulation of the
 4  parties in its entirety as its order.
 5       IT IS SO ORDERED.
 6  DATED: November 3, 2005
 7
 8
 9                              _____
                                MORRISON C. ENGLAND, JR
10                              UNITED STATES DISTRICT JUDGE
```