```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2772
 5
 6           IN THE UNITED STATES DISTRICT COURT FOR THE
 7                  EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,    )
                                 )  CR. NO. 2:05-cr-0076 MCE
10           Plaintiff,          )
                                 )  STIPULATION AND ORDER CONTINUING
11      v.                       )  SENTENCING HEARING (AMENDED to
                                 )  Correct Date)
12  LUIS ALBERTO RADILLO,        )  Date:  February 7, 2006
                                 )  Time:  8:30 a.m.
13           Defendant.          )  Court: Hon. Morrison C. England
    _____)
14
```

15     Whereas, there remains unresolved issues on "matters relating to
16 the appropriate sentence" within the meaning of F.R.Crim.P. 32(i)(C),
17 with respect to the sentence for defendant Luis Alberto Radillo,
18     It is hereby stipulated by and between plaintiff United States Of
19 America and Radillo, through their respective counsel, that the
20 presently set February 7, 2006, at 8:30 a.m. hearing set for judgment
21 and sentencing shall be continued, pursuant to Rule 32(b)(2), to June
22 13, 2006, at 8:30 a.m.

23 DATED: February 2, 2006        McGREGOR W. SCOTT
                                   United States Attorney
24
                                   /s/ Samuel Wong
25                              By:_____
                                   SAMUEL WONG
26                                 Assistant U.S. Attorney
27
28

                                1

|  |  |
|---|---|
|  | /s/ Danny Brace |
| DATED: February 2, 2006 | DANNY BRACE<br>Attorney for defendant<br>LUIS ALBERTO RADILLO (per authorization from Danny Brace) |

---

## O R D E R

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, IT IS SO ORDERED.

DATED: February 6, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2