```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2772
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11
12  UNITED STATES OF AMERICA,    )
                                 )  NO. 2:05-cr-00076 MCE
13          Plaintiff,           )
                                 )  STIPULATION AND ORDER CONTINUING
14      v.                       )  SENTENCING HEARING
                                 )
15  LUIS ALBERTO RADILLO,        )  Date:  June 13, 2006
                                 )  Time:  8:30 a.m.
16          Defendant.           )  Court: Hon. Morrison C. England
    _____)
17
18
19       Whereas, there remains unresolved issues on "matters
20  relating to the appropriate sentence" within the meaning of
21  F.R.Crim.P. 32(i)(C), with respect to the sentence for defendant
22  Luis Alberto Radillo,
23       It is hereby stipulated by and between plaintiff United
24  States Of America and Radillo, through their respective counsel,
25  that the presently set June 13, 2006, at 8:30 a.m. hearing set
26  ///
27  ///
28  ///
```

1

```
 1  for judgment and sentencing shall be continued, pursuant to Rule
 2  32(b)(2), to October 10, 2006, at 8:30 a.m.
 3  DATED:  June 9, 2006              McGREGOR W. SCOTT
                                      United States Attorney
 4
                                      /s/ Samuel Wong
 5                              By:_____
                                      SAMUEL WONG
 6                                    Assistant U.S. Attorney
 7
 8                                    /s/ Danny Brace
                                      _____
 9  DATED:  June 9 2006               DANNY BRACE
                                      Attorney for defendant
10                                    LUIS ALBERTO RADILLO (per
                                      authorization from Danny
11                                    Brace)
12
13
    IT IS SO ORDERED.
14
15
    DATED: June 12, 2006
16
17
                                      _____
18
                                      MORRISON C. ENGLAND, JR
19                                    UNITED STATES DISTRICT JUDGE
```

2