```
MCGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LUIS ALBERTO RADILLO, ) <br> ) <br> Defendant. ) <br> _____ ) | CR. NO. 2:05-cr-00076 MCE <br><br> STIPULATION AND ORDER CONTINUING <br> SENTENCING HEARING <br><br> Date:  October 10, 2006 <br> Time:  8:30 a.m. <br> Court: Hon. Morrison C. England |

Whereas, there remains unresolved issues on "matters relating to the appropriate sentence" within the meaning of F.R.Crim.P. 32(i)(C), with respect to the sentence for defendant Luis Alberto Radillo,

It is hereby stipulated by and between plaintiff United States of America and Radillo, through their respective counsel, that the presently set October 10, 2006, at 8:30 a.m. hearing set for judgment and sentencing shall be continued, pursuant to Rule 32(b)(2), to October 31, 2006, at 8:30 a.m.

DATED: October 5, 2006           McGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ Samuel Wong
                              By:_____
                                 SAMUEL WONG
                                 Assistant U.S. Attorney


                                 /s/ Danny Brace

1

| | |
|---|---|
| DATED:  October 5, 2006 | _____<br>DANNY BRACE<br>Attorney for defendant<br>LUIS ALBERTO RADILLO (per authorization from Danny Brace's secretary) |

---

O R D E R

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, IT IS SO ORDERED.

DATED: October 12, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2