1  MCGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2772

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )
                                )  CR. NO.2:05-cr-0076-MCE
12           Plaintiff,         )
                                )  STIPULATION AND ORDER CONTINUING
13      v.                      )  SENTENCING HEARING
                                )
14 LUIS ALBERTO RADILLO,        )  Date:  October 31, 2006
                                )  Time:  8:30 a.m.
15           Defendant.         )  Court: Hon. Morrison C. England
   _____)
16

17     Whereas, there remains unresolved issues on "matters relating to
18 the appropriate sentence" within the meaning of F.R.Crim.P. 32(i)(C),
19 with respect to the sentence for defendant Luis Alberto Radillo,
20     It is hereby stipulated by and between plaintiff United States of
21 America and Radillo, through their respective counsel, that the
22 presently set October 31, 2006, at 8:30 a.m. hearing set for judgment
23 and sentencing shall be continued, pursuant to Rule 32(b)(2), to
24 December 5, 2006, at 8:30 a.m.
25 DATED: October 27, 2006            McGREGOR W. SCOTT
                                      United States Attorney
26
                                      /s/ Samuel Wong
27                                By:_____
                                      SAMUEL WONG
28                                    Assistant U.S. Attorney


                                     1

```
                                    /s/ Danny Brace
                                    _____
DATED:  October 27, 2006                   DANNY BRACE
                                    Attorney for defendant
                                    LUIS ALBERTO RADILLO (per
                                    authorization from Danny
                                    Brace)
```

-------------------------------------------------

## **O R D E R**

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, IT IS SO ORDERED.

DATED: October 30, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE