AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:05-cr-00076-MCE   Document 46   Filed 10/19/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

UNITED STATES OF AMERICA
v.
LUIS ALBERTO RADILLO

Case No.: 2:05CR00076-MCE
USM No.: 15594-097

Date of Original Judgment: 12/15/2006
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Hannah R. Labaree, Assistant Federal Defender
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 144 months **is reduced to** 130 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 12/5/2006 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 10/1/2015

Effective Date: 11/1/2015
*(if different from order date)*

MORRISON C. ENGLAND, JR.
CHIEF UNITED STATES DISTRICT JUDGE
*Printed name and title*